# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Peter Lievano                          Plaintiff, | Case No. 1:21-cv-03255 |
| -v- | **Rule 7.1 Statement** |
| Cointelegraph Media USA INC          Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Peter Lievano (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

N/A

**Date:** 04/14/2021

*[signature]*

**Signature of Attorney**

**Attorney Bar Code:** JD0674

Form Rule7_1.pdf   SDNY Web 10/2007