UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
: 
PETER LIEVANO, :
                Plaintiff, :
              -against- :    21 Civ. 3255 (LGS)
:
COIN TELEGRAPH MEDIA USA INC., :    ORDER
:
                Defendant. :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an initial conference is scheduled for June 10, 2021. Dkt. No. 9.

WHEREAS, this Court's April 23, 2021, Order required the parties to file a joint letter and proposed case management plan by June 3, 2021. Dkt. No. 9.

WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

**ORDERED** that if Plaintiff has been in communication with Defendant, then the parties shall file the joint letter and proposed case management plan by **June 8, 2021, at noon**. If Plaintiff has not been in communication with Defendant, by **June 8, 2021, at noon**, Plaintiff shall file a status letter (1) apprising the Court of the efforts to serve Defendant; (2) proposing a deadline by which to move for default judgment against Defendant pursuant to this Court's Individual Rules; and (3) requesting adjournment of the initial conference.

Dated: June 3, 2021
New York, New York

                                                **LORNA G. SCHOFIELD**
                                          **UNITED STATES DISTRICT JUDGE**