UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO.: 1:21-cv-03255-LGS

PETER LIEVANO,

    Plaintiff,

v.

COINTELEGRAPH MEDIA USA INC,

    Defendants.

---

## DEFAULT JUDGMENT

Before the Court is Plaintiff Motion for Damages. The court, having considered the Motion and having found good cause, therefore hereby **ORDERS** that the default is **GRANTED** as to Defendant COINTELEGRAPH MEDIA USA, INC.

COINTELEGRAPH MEDIA USA, INC is permanently enjoined from use of the Photographic Work at issue in the above captioned action.

**SO ORDERED**. An Order of Reference to a Magistrate Judge for a damages hearing will follow.

Dated: September 23, 2021
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**