UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PETER LIEVANO,
                              Plaintiff,
           -against-                                  21 Civ. 3255 (LGS)

COIN TELEGRAPH MEDIA USA INC.,             ORDER

                            Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on November 2, 2021, Magistrate Judge Aaron issued a Report and Recommendation recommending that a judgment be entered awarding Plaintiff (1) actual damages under the Copyright Act in the amount of $2,000.00; (2) statutory damages under the DMCA in the amount of $5,000.00; (3) attorneys' fees in the amount of $5,097.00 and (4) $477.50 in costs. It is hereby

       **ORDERED** that Plaintiffs shall file proof of service of the Report and Recommendation by **November 30, 2021**.

Dated: November 23, 2021
       New York, New York

                                                  LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE